COG/LJW/USAO#2022R00252

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEVEN UMBERTO ANGELINI,**<br><br>Defendants. | **Criminal Number:**<br><br>(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Dangerous Substances, 21 U.S.C. § 846; Distribution of Oxycodone, 21 U.S.C. 841(a); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. 924(c); Aiding and Abetting, 18 U.S.C. § 2, Criminal Forfeiture, 21 U.S.C. § 853) |

## **INDICTMENT**

The Grand Jury for the District of Maryland charges that at all times relevant to this indictment:

## **COUNT ONE**
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

### **Introduction**

1. The Baltimore Police Department ("BPD") was an agency of the State of Maryland whose law enforcement jurisdiction includes Maryland's largest city, Baltimore.

2. Sworn members of the BPD must abide by the Law Enforcement Officer's Code of Ethics, which provides, in pertinent part:

> As a Law Enforcement Officer, my fundamental duty is to serve the community; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation; the peaceful against violence or disorder; and to respect the constitutional rights of all to liberty, equality and justice. Honest in thought and deed both in my personal and official life, I will be exemplary in obeying the law and the regulations of my department … I recognize the badge of my office as a symbol of public faith and I accept it as a public trust to be held so long as I am true to the

ethics of police service.

3. Steven Umberto ANGELINI ("ANGELINI") joined the BPD on May 4, 2006. In 2022, ANGELINI was assigned to the Administrative Duties Division.

4. Co-Conspirator 1, is the Maryland President of Presidents of the Infamous Ryders Motorcycle Club.

5. Co-Conspirator 1, and other members of the conspiracy, used 4603 York Road, Baltimore, Maryland, as a clubhouse for the Infamous Ryders. Furthermore, members of the conspiracy including Co-Conspirator 1, used this location for narcotics trafficking operations.

6. Members of the conspiracy used the Coach House, a bar, and Killa Dogz, a hot dog stand, both located at 6605 Belair Road, Baltimore Maryland, for their narcotics trafficking operations.

## The Charge

From no later than the beginning of 2022, and continuing through on or about the date of this Indictment, in the District of Maryland and elsewhere,

**STEVEN UMBERTO ANGELINI,**

the defendant herein, did knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to knowingly, intentionally and unlawfully distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine and oxycodone, Schedule II controlled substances, in violation of Title 21, United States Code Section 846.

## Manner and Means of the Conspiracy

7. Among the manner and means by which the defendant and others conducted and

participated in the conduct of the conspiracy were the following:

    a. Members of the conspiracy, known to law enforcement as Infamous Ryders Motorcycle Club, Baltimore Chapter, distributed cocaine and oxycodone in the Baltimore metropolitan area, and elsewhere.

    b. ANGELINI sold firearms, ammunition, and firearm parts to Co-Conspirator 1 in exchange for cocaine.

    c. ANGELINI sold Co-Conspirator 1 distribution amounts of oxycodone.

8. It was further part of the conspiracy that ANGELINI provided sensitive law enforcement information to Co-Conspirator 1, in exchange for narcotics, and to assist members of the conspiracy in retaliatory acts against person(s) who murdered a co-conspirator, who went by the street name "D", in Baltimore City, Maryland.

## Overt Acts

The Defendant and co-conspirators, including indicted members and unindicted members, committed acts in furtherance of the conspiracy, which include, but are not limited to, the following:

### Angelini Trades Sensitive Law Enforcement Information on the Murder of a Co-Conspirator in Exchange for Narcotics

9. On January 6, 2022, ANGELINI reached out to Co-Conspirator 1 by text message and offered to sell him 90 "pinks" (oxycodone). The two negotiated the price and ANGELINI agreed to the sell the pills for $5 apiece. During this exchange, ANGELINI mentioned that he was trying to get "dog" (cocaine). ANGELINI then stated that he had been getting his supply from "D" but that "D" was "gone," referring to the fact that "D," a drug dealer working for Co-Conspirator 1, had been murdered. ANGELINI then offered twice to go to the Baltimore City Department

3

Homicide Unit to obtain any information about the investigation:

| Time | Sender | Message |
|---|---|---|
| 3:48:34 PM | ANGELINI | I was getting from D and he gone |
| 3:48:37 PM | ANGELINI | So said |
| 3:48:44 PM | ANGELINI | I fucked in the head |
| 3:48:50 PM | ANGELINI | Now and pissed |
| 3:49:54 PM | Co-Conspirator 1 | Yeah I got u I'm only dealing with a select few |
| 3:50:14 PM | ANGELINI | Ok awesome give me ball and $200 and they yours that fair |
| 3:51:27 PM | ANGELINI | Bro I am calling homicide tomorrow and finding out any info and want that mother fucker caught |
| 3:51:51 PM | ANGELINI | I'm so said bro I don't know that happened. No wonder is phone wasn't working |
| 3:52:01 PM | ANGELINI | I tried and tried over and over |
| 3:52:30 PM | ANGELINI | I would hand with like a couple times a week and we grab some lunch and shit . Can't believe it |
| 3:52:46 PM | ANGELINI | I pissed bro tomorrow I will get some information from Homicide |
| 3:52:58 PM | Co-Conspirator 1 | Ok cool |

Co-Conspirator 1 and ANGELINI then continued their text exchange to coordinate the exchange of oxycodone pills for cocaine:

| Time | Sender | Message |
|---|---|---|
| 3:54:07 PM | ANGELINI | Is that cool u give me $200 plus ball dog and even . I get them every month too |
| 4:00:06 PM | ANGELINI | Just let me know when your good to meet up and I can meet u buddy . Thanks |
| 4:09:42 PM | ANGELINI | I live middle river so ain't too far from u |
| 4:12:41 PM | Co-Conspirator 1 | But my balls 250 |
| 4:13:15 PM | ANGELINI | Ok then give me $100 and the ball we call it even buddy |

10. The next day, on January 7, 2022, at 9:15 a.m., ANGELINI sent Co-Conspirator 1 a series of text messages, updating him on the information he was able to obtain on the murder of "D." Specifically, ANGELINI told Co-Conspirator 1 that he received some information on the

4

case and some pictures. During their conversation, Co-Conspirator 1 asked for a copy of a video of the murder obtained by BPD homicide detectives from a local business that had a camera trained on the scene of the murder.

| Time | Sender | Message |
|---|---|---|
| 2:56:33 PM | Co-Conspirator 1 | Bro get that footage I hit you off right bro. |
| 2:57:18 PM | ANGELINI | I am getting don't u worry . 100 percent |
| 2:57:24 PM | ANGELINI | We talk soon |
| 2:57:38 PM | ANGELINI | I am pissed bro . |
| 2:57:52 PM | ANGELINI | He didn't deserve it bro |
| 2:59:06 PM | Co-Conspirator 1 | Bro you kno he didn't bro closer is everything to me right now I got a few ideas |

ANGELINI sent 9 photographs of his work computer screen from a cellphone to Co-Conspirator 1. In those photographs, ANGELINI captured images of BPD intelligence reports, and BPD incident reports, with details about the murder investigation, including photographs and other information pertaining to the suspect.

11. On January 10, 2022, ANGELINI sent an update to Co-Conspirator 1 about new information regarding the murder of "D":

| Time | Sender | Message |
|---|---|---|
| 3:47:36 PM | ANGELINI | One thing I saw and forgot to tell u is that Baby D got out of the vehicle and someone in that vehicle then shot him . |
| 3:47:58 PM | ANGELINI | In Jeep renagade |
| 3:49:13 PM | CO-CONSPIRATOR 1 | Yeah bro I know I that I though u was going to get video and tag but it's all good get well soon. |
| 3:50:10 PM | CO-CONSPIRATOR 1 | They shot him in the truck |

12. On January 14, 2022, ANGELINI followed up with Co-Conspirator 1 and told him that he had the video. ANGELINI asked to meet with Co-Conspirator 1 to give him the video and to buy another "ball" (one eighth ounce of cocaine):

5

| Time | Sender | Message |
|---|---|---|
| 1:12:36 PM | ANGELINI | Hey bro got the video on my drive . Can I meet u later and give u that and buy another ball from you . Got the cash |
| 1:14:19 PM | ANGELINI | Got it on here I will give u the drive and u stick in a computer to watch . Please don't let anyone see it. I know u won't thanks .<br><br>*image and file attached* (image of a USB drive) |
| 1:21:08 PM | ANGELINI | I will bring $250 with buddy . Just text me when I can meet u hot dog stand . Or wherever u want thanks |
| 1:46:32 PM | Co-Conspirator 1 | Yes bro |

On the same day, at approximately 7:24 p.m., Co-Conspirator 1 sent a text message to ANGELINI and said that the USB drive ANGELINI gave him was empty. ANGELINI apologized and admitted he made a mistake transferring the file. He promised Co-Conspirator 1 to get him the original file. ANGELINI then suggested transferring it to Co-Conspirator 1 using Google Drive. That effort failed. On January 16, 2022, Co-Conspirator 1 sent ANGELINI a text saying that he never got it.

13.     On January 25, 2022, ANGELINI updated Co-Conspirator 1 about his attempts to obtain the murder video for Co-Conspirator 1. ANGELINI told Co-Conspirator 1 that he had contacted the detective who had given him the video and arranged to meet with him again. ANGELINI also promised Co-Conspirator 1 that if that didn't work, ANGELINI would go directly to the business that recorded the original video of the murder and "show them his badge." In other words he would, use his police powers, to obtain a copy of the video for Co-Conspirator 1. Co-Conspirator 1 reminded ANGELINI that the two had a deal and that Co-Conspirator 1 had given ANGELINI drugs because he believed ANGELINI was going to get him the video of the murder.

6

| Time | Sender | Message |
|---|---|---|
| 3:48:13 PM | ANGELINI | Meeting with Detective on Friday morning if u still want to see it . He finally called me back and apologized for giving me the blocked one |
| 3:50:36 PM | ANGELINI | I am going to take a ride up to that place who had the video right now and see if they still have copy and get them to let me record it . Show them my badge |
| 4:29:20 PM | CO-CONSPIRATOR 1 | Ok yeah it's just that we had a deal |
| 4:29:45 PM | CO-CONSPIRATOR 1 | I hooked i up for it |
| 4:30:31 PM | ANGELINI | I know bro . I would never do u wrong bro I promise u that . I will have it 100 percent Friday morning. No reason to lie to u bro . I respect u too much for that . |
| 4:30:48 PM | ANGELINI | Plus baby D was my boy too |

Following these text exchanges on January 25, 2022, the contact between ANGELINI and Co-Conspirator 1 was minimal until April 8, 2022, when ANGELINI reached out to Co-Conspirator 1 to sell him a firearm.

**Angelini Sold PMF Firearm to Co-Conspirator 1 for $300 and Cocaine**

14. On April 8, 2022, ANGELINI reached out to Co-Conspirator 1 about the sale of a privately made firearm without a serial number designed to be fired single handedly or from the shoulder ("PMF firearm") for $300 plus a "ball" (an eighth of an ounce of cocaine). ANGELINI also offered ammunition on top of the sale of this firearm, in an attempt to make amends for the fact that ANGELINI failed to obtain the video of the murder of "D" in January:

| 12:55:14 PM | ANGELINI | Hey bro it's Steve ANGELINI hope u ain't still mad at me buddy . I tried everything to get the video . But anyway selling this Ar ghost for a good deal if you interested. I built and it's 9mm AR 10 inch with colt magazine . Ghost diamond sites with night sights . Let me know if u interested for a good deal . |

| | | |
|---|---|---|
| | | *Two images and attached files* (gun) |
| 12:55:55 PM | CO-CONSPIRATOR 1 | How much |
| 12:56:30 PM | ANGELINI | For u $300 plus a ball . U can't beat that I put $900 in it |
| 12:56:51 PM | CO-CONSPIRATOR 1 | Ok yeah I take it |
| 12:56:58 PM | ANGELINI | It's yours |
| 12:57:03 PM | ANGELINI | Nice ass shit |
| 12:57:14 PM | CO-CONSPIRATOR 1 | I got three of the same ones so that's fair |
| 12:57:15 PM | ANGELINI | I put 50 rounds through it and shoots perfect |
| 12:57:51 PM | ANGELINI | Cool bro I'm glad u ain't mad at me bro . I am sorry I tried everything buddy . I swear . |
| 12:58:24 PM | ANGELINI | U want meet up later let me know . I got a red dot I will throw in for free |
| 12:58:58 PM | ANGELINI | Give u some hollows too if u need any |
| 12:59:04 PM | CO-CONSPIRATOR 1 | It was not the fact I was Madd I just didn't understand why you lie about it you you how I felt about it. |
| 12:59:36 PM | ANGELINI | I know bro though he was going to give it to me it was my fault .because I jumped the gun |
| 12:59:44 PM | CO-CONSPIRATOR 1 | Yeah I need a red dot and anything you can spare |
| 1:00:05 PM | ANGELINI | I promised u something that I was not 100 percent on. My apologies |
| 1:00:11 PM | ANGELINI | Neve do that again. |
| 1:00:50 PM | ANGELINI | U trying to meet up today or later.   And yeah sen u pic of red dot I will put on it . Nice and I will load mag with hollow for u |
| 1:08:04 PM | ANGELINI | The brace is nice too because it extends too |
| 1:08:22 PM | ANGELINI | In and out . The sights are pop up and down |
| 1:09:16 PM | CO-CONSPIRATOR 1 | Cool just me arc |
| 1:09:16 PM | ANGELINI | *Image and attached file* |
| 1:09:25 PM | ANGELINI | Which one the right is 3x zoom |
| 1:11:46 PM | ANGELINI | *Image and attached file* |
| 1:12:13 PM | ANGELINI | The one is red dot with 3x zoom |
| 1:12:23 PM | ANGELINI | *Image and attached file* (rifle) |
| 1:12:30 PM | ANGELINI | Co witnessed too |
| 1:13:35 PM | ANGELINI | *Image and attached file* |
| 1:14:00 PM | ANGELINI | What your last text meek buddy |
| 1:14:29 PM | ANGELINI | I will leave the colt magazine full with 30 rounds and bring u some hollow 9mm too |
| 1:15:50 PM | CO-CONSPIRATOR 1 | What u mean 9mm |
| 1:16:38 PM | ANGELINI | Shoots 9mm rounds I built a 9mm Ar |
| 1:16:56 PM | CO-CONSPIRATOR 1 | Damn that's what's up |

8

| 1:17:05 PM | ANGELINI | Yeah way better |
|---|---|---|
| 1:17:37 PM | ANGELINI | It takes colt magazines I have 1 for u |
| 1:17:43 PM | CO-CONSPIRATOR 1 | Is that more damage you think |
| 1:17:49 PM | ANGELINI | Fucking right |
| 1:17:59 PM | ANGELINI | Plus Hollow points unbelievable |
| 1:18:31 PM | ANGELINI | Everything I put on it is best parts |
| 1:19:01 PM | ANGELINI | Plus 9mm is what everyone is going too now |
| 1:21:49 PM | ANGELINI | Just let me know what time u want me to meet u and I will bring everything buddy . |
| 1:23:44 PM | ANGELINI | I will bring in it book bag u can have . |
| 1:25:31 PM | CO-CONSPIRATOR 1 | Ok |
| 1:25:37 PM | CO-CONSPIRATOR 1 | Like 5 |
| 1:27:35 PM | ANGELINI | Sounds good bro up the bar right ? |

15. On April 8, 2022, at approximately 4:51 p.m., Co-Conspirator 1 called ANGELINI and the two agreed to meet at the Coach House bar around 6:00 p.m. At approximately 6:13 p.m., Co-Conspirator 1 called Co-Conspirator 2 and directed her to receive a bookbag from ANGELINI, put it in Co-Conspirator 2's vehicle, then give ANGELINI an eighth of an ounce of cocaine and three hundred dollars in US Currency:

> Co-Conspirator 1:   Yeah, uhh… Can you do me a favor?
>
> Co-Conspirator 2:   What's that?
>
> Co-Conspirator 1:   Can you do what he did? And go and get that uh… For me? And put it in the car.
>
> Co-Conspirator 2:   Put it in my car?
>
> Co-Conspirator 1:   Yeah.
>
> Co-Conspirator 2:   Okay. What, are you coming up?
>
> Co-Conspirator 1:   Yeah, I'm on my way. I'm 'bout to—
>
> Co-Conspirator 2:   Oh, okay. Okay
>
> Co-Conspirator 1:   Uh…

9

Co-Conspirator 2:   So just give him what, umm, give him what he wants? And then—

Co-Conspirator 1:   Yeah a pool—a pool table and three hundred (300), uh, three hundred (300).

Co-Conspirator 2:   Okay.

Co-Conspirator 1:   Alright?

Co-Conspirator 2:   Alright babe.

At 6:14 p.m., Co-Conspirator 2 called Co-Conspirator 1 back to verify that she should give ANGELINI the additional $300.

Co-Conspirator 1:   Hello.

Co-Conspirator 2:   Yeah, you said plus three-hundred (300) right?

Co-Conspirator 1:   Huh?

Co-Conspirator 2:   You said plus three hundred (300)?

Co-Conspirator 1:   Yeah, I think that's what—yeah, hold on. Yeah do that, babe.

At 6:17 p.m., ANGELINI called Co-Conspirator 1 to confirm their meeting. Co-Conspirator 1 told ANGELINI that he would meet him later but that Co-Conspirator 2 would conduct the transaction for Co-Conspirator 1. ANGELINI then explained that he took the pins out of the PMF firearm so it would fit in the bag. ANGELINI also offered to re-assemble the firearm for Co-Conspirator 1:

ANGELINI:   ... Aye, Keith.

Co-Conspirator 1:   Yeah.

ANGELINI:   How fa—uh, how far are you out, buddy?

Co-Conspirator 1:   Uhh, [Co-Conspirator 2] gonna do that, man. Just uh, hold your side of the deal though just give her—

10

| | |
|---|---|
| ANGELINI: | Buddy, listen buddy, bro'—bro', I swear to God to you, I'm actually hooking you up extra, bro, 'cause of what happened. |
| Co-Conspirator 1: | No, I can't really talk on here bro, just hold your side up, please. I'll talk to you in person I just—I'ma be about another hour. |
| ANGELINI: | Another hour? |
| Co-Conspirator 1: | Yeah, but I told her [Co-Conspirator 2] probably gonna make it happen, just give it to her. |
| ANGELINI: | Oh, okay, yeah, yeah, yeah leave the—leave the bag in there? |
| Co-Conspirator 1: | Yeah. |
| ANGELINI: | Okay, but let you know that I—I took—you know how to put it—you know how to put it together, right? It's already together, but you—I—I took the pins off to put—fit it in the bag, you know what I'm talking about? I'll put it all together, I'll put it back together. |
| Co-Conspirator 1: | Yeah, I don't really know how to do that. |
| ANGELINI: | I'll put it back together for you, alright. |
| Co-Conspirator 1: | Alright. |
| ANGELINI: | Alright, bye. |

At 6:18 p.m. ANGELINI met with Co-Conspirator 2 in the rear area of the Coach House. ANGELINI opened the trunk of his vehicle and removed a black and red backpack style bag and walked back towards the Coach House with Co-Conspirator 2. At 6:22 p.m., ANGELINI returned to his vehicle and left the parking lot. At the same time, ANGELINI called Co-Conspirator 1 and confirmed that the transaction occurred, and provided Co-Conspirator 1 more information about the PMF firearm. He informed Co-Conspirator 1 that the night sights on the firearm were "a hundred dollars a piece." Co-Conspirator 1 then attempted to stop ANGELINI from saying more telling him, "Yeah, I can't talk on here bro."

### ANGELINI provided Oxycodone to Co-Conspirator 1 for Distribution

16.  On April 25, 2022, at 4:40 p.m., Co-Conspirator 1 texted ANGELINI and asked him if he had any "pinks" (oxycodone) for him. ANGELINI confirmed he did texting back, "May 4th got the 7.5 can give u them for free got like 30." At approximately 5:48p.m. Co-Conspirator 1 called ANGELINI who confirmed that he counted the pills in the bottle and had, "twenty (20) of them on me. I thought I had thirty (30) there's twenty (20). Is that alright? You still want 'em right?" Co-Conspirator 1 confirmed that he did. Later in the conversation, ANGELINI told Co-Conspirator 1, "this is still—still a make up for what I owe you bro, I can—you know, I can get rid of these if I wanted to, I'll hook you up with 'em because you're my man." At approximately 6:43 p.m. ANGELINI met with Co-Conspirator 1 outside of the Coach House bar.

17.  Following this meeting with ANGELINI, at approximately 6:48 p.m., Co-Conspirator 1 called a customer of his and informed him that he just got some "seven-point fives" (oxycodone) and asked if he was interested in these pills. The customer responded, "the twenties (20s) are fine it's just the price is ridiculous right now." Co-Conspirator 1 agreed to give them to the customer for $12.

### ANGELINI Purchased Ammunition and Firearm Parts for Co-Conspirator 1

18.  On April 26, 2022, at approximately 10:40 a.m., ANGELINI texted Co-Conspirator 1 telling him that he was at a gun shop. ANGELINI stated that he had just been paid and was trying to purchase an eighth of an ounce of cocaine from Co-Conspirator 1, and offered to purchase ammunition and various other firearm accessories for him:

| 10:40:11 AM | ANGELINI | At the shop now bought 1 for thing I got a few weeks and 1 for other . I got lucky and got the last 2 they |

|  |  | low on stock . but I will check other shop too . Give me a shout later and I will meet u up with u again . I got paid today so if u don't mind I need a ball . The things I bought you on me buddy . And I have the cash for other bro. I appreciate it . Do need any those nerf bullets I gave u last time got some extra in 9 inches u know what I mean . |
|---|---|---|

While ANGELINI was still in that gun shop, he and Co-Conspirator 1 discussed over the phone, the correct magazine that Co-Conspirator 1 should use for the PMF firearm that ANGELINI just sold him:

> ANGELINI: The one—the one that I—the nerf gun that I got—that you got from me last—I gave to you last time, that—that takes Colt mags… you hear me?
>
> Co-Conspirator 1: It take nine, right?
>
> ANGELINI: I'm sorry?
>
> Co-Conspirator 1: It take the nines, right?
>
> ANGELINI: Yeah, it takes, yeah, it takes the—the—the regular nine millimeter [U/I]
>
> Co-Conspirator 1: Yeah, yeah, yeah.
>
> ANGELINI: But—but it takes—you can't use a mag—a mag—a Glock mag in that. So I'll get you another one of those too.

ANGELINI and Co-Conspirator 1 also discussed what types of ammunition he was planning to purchase:

> ANGELINI: Alright, I'll put these back. Alright, so I bring down, then I got—I got two boxes of the nine millimeters, they're fifty—fifty rounds each—each box. And [AUDIO BREAKS] hollow-points or not?
>
> Co-Conspirator 1: Huh?
>
> ANGELINI: You—you want hollow-points or regulars? Cause all [AUDIO BREAKS]

13

| | |
|---|---|
| Co-Conspirator 1: | Yeah hollow. |
| ANGELINI: | Okay, I got—I'mma get you one box of the hollow-points, right? And then I'mma get you two boxes of regular uh, uh, for you to shoot at the range. You know what I mean? |
| Co-Conspirator 1: | Okay. |

ANGELINI then confirmed with Co-Conspirator 1 that all of the items he purchased would be in exchange for an eighth of an ounce of cocaine (the ball), and ANGELINI would give Co-Conspirator 1 the remaining items to cover for the fact that ANGELINI had not provided him with the video of the murder:

| | |
|---|---|
| ANGELINI: | Yeah, we'll work it out, we'll work it out buddy. But no, I'll just take the—I'll just take the ball, any other stuff, it's on me you hear me? You feel me bro? |
| Co-Conspirator 1: | Yeah, I got you. |
| ANGELINI: | A'ight so uhh, let me pay real quick. Alright buddy, and then I'm done, I think I got everything for you. |
| Co-Conspirator 1: | Okay. |
| ANGELINI: | Alright bro, a lot of shit, a heavy ass bag here bro, god damn man. |

In total, ANGELINI spent $543.60 at the gun shop purchasing items for Co-Conspirator 1.

19. At 7:54 p.m. ANGELINI arrived at the the Coach House bar in his vehicle and shortly thereafter entered the bar. At 8:02 p.m., he exited the Coach House bar and entered Killa Dogz. He then exited Killa Dogz and went to the trunk of his vehicle to retrieve a plastic shopping bag. At 8:04 p.m. ANGELINI re-entered Killa Dogz with the shopping bag.

### ANGELINI Sold Oxycodone to Give to Co-Conspirator 1

20. On May 4, 2022, ANGELINI went to the Maryland Pain Center located at 7106

14

Ridge Road Rosedale, Md. 21237. At 3:16 p.m. ANGELINI went to a Walgreens at 6 Carroll Island Road, Middle River, Md. 21220 and picked up a prescription for 90 Oxycodone 10m pills: At 3:22 p.m., ANGELINI called Co-Conspirator 1 and notified him that he had picked up the pills and the two discussed how much Co-Conspirator 1 would pay ANGELINI for the pills. Ultimately, ANGELINI agreed to sell Co-Conspirator 1 the oxycodone pills for $3 per pill. ANGELINI asked for $170 in cash and $100 worth of cocaine:

| | |
|---|---|
| ANGELINI: | So do you, I don't know what, you still want them, or not? |
| Co-Conspirator 1: | Yeah, I'll take 'em, it's just a little weaker. You gotta do more. |
| ANGELINI: | A'ight. So, what do you wanna do for them for? Like four dollars a piece? |
| Co-Conspirator 1: | Cool. |
| ANGELINI: | Three, or we do four dollars apiece and then… |
| Co-Conspirator 1: | You said four dollars? |
| ANGELINI: | Huh? |
| Co-Conspirator 1: | You said four dollars? |
| ANGELINI: | What do you think is fair bro? |
| Co-Conspirator 1: | They only tens, right? |
| ANGELINI: | I mean, be honest. Three dollars I guess? I don't know, three-fifty? You there? |
| Co-Conspirator 1: | Yeah, I was trying to think. |
| ANGELINI: | Let's do this, three dollars apiece and just give me uh and deduct a hundred bag off for me. |
| Co-Conspirator 1: | You say what? |
| ANGELINI: | Hold on, let me see. Hold on, let me see how much. Let me see |

|  |  |
|---|---|
|  | something real quick. Calculate, calculator let's see. Say three times ninety is—equals two seventy right? |
| Co-Conspirator 1: | Yeah. |
| ANGELINI: | Just give—just give me one, give me one seventy and give me a uh a hundred uh of what you call it. That fair enough? |
| Co-Conspirator 1: | Yeah, I'll do it… |
| ANGELINI: | A'ight. That sounds good. I'ma uh, I'm gonna head there right now. |

21.     At approximately 3:42 p.m., ANGELINI pulled into the rear lot of the Coach House bar. He exited his vehicle and walked towards the rear entrance. At approximately the same time an incoming call to Co-Conspirator 1 from ANGELINI was intercepted in which ANGELINI told Co-Conspirator 1 that he was at the location. At approximately 3:43 p.m., ANGELINI was observed walking back to his vehicle from the rear of the Coach House bar. He entered his vehicle and left the location.

22.     At approximately 3:46 p.m., Co-Conspirator 1's cellphone received an incoming text message from Cash App: "Steven Angelini requested 170. Open Cash App to approve or decline."

21 U.S.C. §846.
18 U.S.C. § 2

## COUNT TWO
### (Distribution of Oxycodone)

The Grand Jury for the District of Maryland charges that:

On or about May 4, 2022, in the District of Maryland, the defendant

### STEVEN UMBERTO ANGELINI

did knowingly, unlawfully and intentionally possess with intent to distribute and distribute a quantity of a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841.

21 U.S.C. § 841(a)(1)

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about April 8, 2022, in the District of Maryland, the defendant,

## STEVEN UMBERTO ANGELINI,

did knowingly possess a firearm, specifically a privately made firearm without a serial number designed to be fired single handedly or from the shoulder, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: conspiracy to distribute controlled dangerous substances as charged in Count One of this Indictment.

18 U.S.C. § 924(c)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under Counts One through Three of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offenses set forth in Counts One or Two, the defendant,

**STEVEN UMBERTO ANGELINI,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

### Firearm and Ammunition Forfeiture

3. Upon conviction of the offense set forth in Count Three, the defendant,

**STEVEN UMBERTO ANGELINI,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offenses.

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, a black privately made firearm without a serial number designed to be fired single handedly or from the shoulder.

## Substitute Assets

5. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

7/13/2022
Date

**SIGNATURE REDACTED**

Foreperson