UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. ELH-22-249 |
| STEVEN ANGELINI | |

## NOTICE OF SPEAKERS

At sentencing on June 28, 2024, Mr. Angelini may offer brief remarks from the following speakers from the podium:

| Name | Synopsis of Anticipated Remarks |
|---|---|
| Jessica Angelini | Jessica Angelini is Mr. Angelini's wife of 19 years. She will provide remarks on Mr. Angelini's roles in the family as a devoted husband and father. Ms. Angelini is highly familiar with Mr. Angelini's dedication to his work as a police officer, medical and mental health struggles, and battles with addiction. She will also speak to changes she has observed during these past two years of sobriety. |
| Siena Angelini | Siena Angelini is Mr. Angelini's daughter, 18 years old. She will speak to Mr. Angelini's role as a dedicated father. |
| Marco Angelini | Marco Angelini is Mr. Angelini's brother. He will offer remarks about Mr. Angelini's character, role in the family, hardships, and resilience. |

Mr. Angelini's sentencing presentation will last no longer than two hours.

Respectfully submitted,

/s/
Sedira S.C. Banan (#804827)
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
Email: sedira_banan@fd.org